# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANNI T. GLADDEN, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF RIVERSIDE, et al., <br><br> Defendants. | Case No. ED CV 16-1541-DSF (SP) <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Defendants have not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that defendants' Motion to Dismiss (docket no. 15) is denied. Defendants are ordered to answer the Complaint within fourteen days of this Order.

DATED: 8/21/18

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE