UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GIOVANNI T. GLADDEN,<br><br>    Plaintiff,<br><br>vs.<br><br>STAN SNIFF, et al.,<br><br>    Defendants. | CASE NO. ED-16-CV-01541-DSF (SPx)<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE |

GOOD CAUSE APPEARING AND THE PARTIES HAVING STIPULATED THERETO, IT IS ORDERED, ADJUDGED AND DECREED:

1. The Complaint, in its entirety and as to each and every claim for relief and any and all defendants, is dismissed with prejudice.

2. The settlement is further memorialized in a written settlement agreement.

3. The parties shall bear their own costs, expenses and attorneys' fees arising out of and/or connected with this matter, including any such fees or expenses potentially recoverable under 42 U.S.C. Sec. 1988.

/ / /

4844-1471-2723.1

LEWIS BRISBOIS

4. This Order is the result of a compromise of disputed claim. It is not to be considered as an admission of liability and/or responsibility with regard to the incident, occurrence, casualty or event referenced in the pleadings herein.

5. The parties agree that the mediator shall retain jurisdiction for the purpose of enforcement of the terms of the settlement agreement between the parties.

IT IS SO ORDERED, ADJUDGED AND DECREED.

DATED: April 15, 2019

By: _____
Hon. Sheri Pym
United States Magistrate Judge